1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   OWEN MARTIKAN, SBN 177104
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile: (415) 436-7169

7
   Attorneys for Defendant
8

E-filing

**FILED**

DEC 0 9 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

12 | TERRI J. VITT,                 )
13 |        Plaintiff,              )  CIVIL NO. 05-03957 MJJ
14 |        v.                      )  STIPULATION AND ORDER EXTENDING
   |                                )  DEFENDANT'S TIME TO FILE
15 | JO ANNE B. BARNHART,           )  RESPONSE TO PLAINTIFF'S COMPLAINT
   | Commissioner of Social Security,)
16 |                                )
   |        Defendant.              )
17 |_____)

18      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 14 days in which to

20 file her response to plaintiff's complaint because Counsel for Defendant has been out of the office on

21 extended leave and the above case was recently reassigned to him. Defendant's response was due on

22 December 5, 2005, pursuant to Civil L.R.16-5.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  Defendant's response is now due on December 19, 2005.
2       This is defendant's first request.

6  Dated: November 29, 2005          /s/
                                     IAN M. SAMMIS
7                                    Attorney for Plaintiff

8                                    KEVIN V. RYAN
9                                    United States Attorney

13 Dated: November 29, 2005    By:       /s/
                                     ALEX G. TSE, for
14                                   OWEN P. MARTIKAN
                                     Assistant United States Attorney

16 PURSUANT TO STIPULATION, IT IS SO ORDERED:

20 Dated: 12/9/2005

                                     MARTIN J. JENKINS
                                     United States District Judge