1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRI J. VITT,                                             No. C-05-03957-MJJ

        Plaintiff,

  v.                                                   **ORDER TO FILE OPPOSITION**

JO ANNE B. BARNHART,
Commissioner, Social Security Administration,

        Defendant.
_____/

     Plaintiff filed a Motion for Preliminary Injunction (Docket No. 14) on December 22, 2005.

To date, the Court has received no opposition or statement of non-opposition from Defendant to

Plaintiff's Motion for Preliminary Injunction.  Defendant hereby has until January 27, 2006 to file an

opposition or statement of non-opposition in response to Plaintiff's Motion for Preliminary

Injunction.

**IT IS SO ORDERED.**

Dated: January 17, 2006

                                                    _____
                                    MARTIN J. JENKINS
                                    UNITED STATES DISTRICT JUDGE

APPROVED
Judge Martin J. Jenkins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA