**FILED**

JAN 1 9 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI J. VITT, | No. C-05-03957-MJJ |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | |
| Defendant. | |

The Court has received no opposition or statement of non-opposition from Plaintiff to Defendant's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim (Docket No. 11), which is scheduled for hearing on January 24, 2006. Under the Civil Local Rules, the opposition was due three weeks before the hearing date. This hearing is hereby **VACATED**.

///

///

///

1  Plaintiff is hereby **ORDERED** to show good cause in writing, by January 27, 2006, why no
2  opposition or statement of non-opposition has been filed to date, and why any tardy filing should be
3  considered at this point given the guidelines of the Local Rules, as well as the Court's Standing
4  Order for civil cases.  Failure to respond to this order shall result in the imposition of sanctions,
5  which may include granting the motion.

7  **IT IS SO ORDERED.**

10  Dated: January 17, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE