FILED

JAN 25 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITT,<br><br>        Plaintiff,<br><br>v.<br><br>BARNHART,<br><br>        Defendant. | No. C05-03957 MJJ<br><br>**ORDER** |

Plaintiff, having failed to establish good cause in response to the Court's January 19, 2006 Order to Show Cause, is **ORDERED** to file an Opposition to Defendant's Motion to Dismiss (Docket No. 11) by January 26, 2006 at 5:00 PM PST. Plaintiff's opposition shall respond directly to the arguments raised by Defendant's motion. Any reply by Defendant will be due by February 2, 2006.

**IT IS SO ORDERED.**

Dated: January 24 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE